AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

EDWIN SEVRENCE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:08-CV-00183-BES-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to plaintiff's commencement of a new action.


  April 15, 2008                                                 **LANCE S. WILSON**
                                                                          Clerk

                                                           /s/ Katie Lynn Ogden
                                                             Deputy Clerk